IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROXANA LECHUGA,

Plaintiff,

vs.

WALMART, INC.,

Defendant.

**8:25CV475**

**SECOND AMENDED FINAL PROGRESSION ORDER**

This matter comes before the court on the parties' Second Stipulated Motion to Amend Progression Order. (Filing No. 21). For good cause shown, that motion is granted. IT IS ORDERED that the final progression order is as amended follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings originally set for **October 22, 2026** **is continued** and will now be held with the undersigned magistrate judge on **February 4, 2027** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | August 27, 2026. |
| For the defendant(s): | December 14, 2026. |

3) The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff(s): | December 28, 2026. |
| For the defendant(s): | January 29, 2027. |
| Plaintiff(s)' rebuttal: | February 26, 2027. |

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 15, 2027.

a. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is 10.

b. Depositions will be limited by Rule 30(d)(1).

5) The deadline for filing motions to dismiss and motions for summary judgment is April 30, 2027.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 30, 2027.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion,

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

which require that additional time be allowed.

Dated this 7th day of October, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge